USDC SCAN INDEX SHEET










RFM    12/3/99    10:40

3:99-M -03129    USA V. MOORE

*1*

*CRCMP.*

FILED

99 DEC -3 AM 9: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'99 M8 3129

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: _____ |
| | ) | |
| Plaintiff, | ) | **COMPLAINT FOR VIOLATION OF** |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| Michael MOORE | ) | Importation of a Controlled Substance |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

The undersigned complaint being duly sworn states:

On or about December 2, 1999, within the Southern District of California, Michael MOORE, did knowingly and intentionally import approximately 4600 ml of Ketamine, a Schedule III Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
SPECIAL AGENT
UNITED STATES CUSTOMS SERVICE

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS ___ DAY OF
_____, 1999.

_____
MAGISTRATE JUDGE

## STATEMENT OF FACTS

On December 2, 1999, at approximately 6:02PM, Michael MOORE entered the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Diego, CA. MOORE was the driver and sole occupant of a 1994 Honda bearing license 3GXB250. During primary inspection, MOORE stated he was from Hollywood and had only purchased two tables while in Mexico. The vehicle was referred to the secondary inspection area where 4600 ml of Ketamine was found concealed in trunk area. MOORE waived his constitutional rights admitted that he knew he was smuggling Ketamine into the U.S., and he was to be paid $1000 to deliver the vehicle to San Diego, California.

MOORE was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA. The vehicle and Ketamine were seized under seizure number 2000250400049101.

M7/c

# MAGISTRATE INFORMATION WORKSHEET

1) Dis Auth: _____   1A) USAO#: _____   AGENCY: USCS
2) HQ Date: _____   3) AUSA: _____   4)Mag: _____
5) Mat Wit: Custody: No   Arraign M/W   Release M/W   Other   6) Def: __1__ of __1__
Def Nam: MOORE , Michael   Social Security: 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
Date of Birth: June 29, 1968   Alias: _____
Address: 500 North Rossmoore Avenue #214, Los Angeles, CA 90004
Flip? No   Charges: 21 USC 952, 960   8) Arrest Date: December 2, 1999
Penalties: _____   Place of Arrest: San Ysidro POE
   Date Committed: December 3, 1999
   Agent: Lance P. Lueck   Phone #: (619) 671-4536
   Agency: U.S. Customs Service   Program Category 320
9) Custody? (Yes)/No   10) Citizenship? (U.S.)   Mex   Other: _____
11) INS Status: Res   Bcc   Illegal   Other _____
   Prior Deports: None   Prior VR's _____
   Prior Record: None

---

Drug Usage: none   How Evidenced? _____
Cash on Def.: $225   Other Evidence: _____

Agent's Fact Summary:
On December 2, 1999, Michael MOORE entered the U.S. from Mexico at the San Ysidro, CA, POE as driver of a 1994 Honda bearing license 3GXB250. Examination of the vehicle revealed appximately 4600 ml of Ketamine, concealed within trunk area of the vehicle. MOORE , did admit knowledge of the Ketamine in the vehicle. MOORE was arrested and transported to MCC, San Diego, CA.

   Agents Bail Info. (Employment, Family, Etc.) Suspect is a U.S. citizen.  Suspect is unemployed.

---

Vehicle Seized (Describe): 1994 Honda bearing license 3GXB250
12) Def. Atty: Apptd. Rtd. To Retain   13) Def. Atty. Name _____
14) Plea: Guilty-Count ____ NG Nolo   15) RCD? Yes No   16) Sent.: _____
   Con't Sent. _____   16A) S.A. $ ____   17) Dism? Ct. Govt.
18) Next Court for _____ 19) Date _____ 20) Time: ____ and for ____ on ____ at ____
21) Bond Set: _____
   Conditions: _____
22) Pers Info: _____
23) Sentencing Guidelines: _____
24) Potential Forfeitures: _____

---

Gov't Sent Recommendation: _____
Defendant's Sent Recommendation: _____
Probation Dept Recommendation: _____